■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER SHUE, Appellant.—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on November 26, 1984, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant

to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Ross, Lynch and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL WIMBERLY, Appellant.—Judgment of resentence, Supreme Court, New York County (Richard Wallach, J.), rendered on May 24, 1983, unanimously affirmed.